

CV-17-P-0227-NE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Edward Lavar King
Inmate Identification Number: 270846

(Enter above the full name of the plaintiff in this action)

-vs.-

Cedric Specks (Correctional Warden)

(Enter above full name(s) of the defendant(s) in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (  )    No ( ✓ )

  B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

    Plaintiff: _____

    Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement *Limestone Correctional Facility*

   A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: *There is not one.*

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Edward Lavar King

Address 28779 Nick Davis rd.
Harvest, Alabama 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Cedric Specks
Is employed as Correctional Warden
at St. Claire Correctional Facility

C. Additional Defendants

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On October 2, 2016 IGD's & GD's attacked Crip Gang members, active and non-active in B1 dorm. Several Crips were stabbed but I was missed due to laying down to rest from working 3rd shift. I left the dorm after the CO's cleared the attack with pepper spray and was placed in seg. On November 4th Warden Specks let me out of seg, without signing a liability form, and assigned me to a dorm where there was pre-dominantly IGD's & GD's member with knowledge that they were in conflict with the Crips, of which I am a non-active member of, intentionally placing me in harms way. When I went to be moved to another dorm I was placed back in seg. Once I

4

Saw Warden Specks on November 9th at the seg. board and told him I was placed in a dorm full of IGD's 3BD's but they did not want me in their dorm. Warden Specks said "When I got here y'all Crips had y'all head up high. This ain't California where you get bloods in one dorm, crips in another, and G's everywhere." Then told an officer to remove me from the seg. board room. I asked the warden "So what you saying is that I can go to population and risk being stabbed or stabbing someone, or stay in seg.?" He replied "Pretty Much."

V.  RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like the Court to Order the Warden Specks to compensate the plaintiff the amount of $999,999.99 for the diliberate indifference placed on the plaintiff's life whereas he could have been injured severely or lost his life because there is no legitimate penological justification for the wardens behavior. If he refuses to pay, that the defendant be sentenced to 30 years straight time. If anything happens to my life the compensation continues to be paid to Elizabeth Phillips Tilson, and Cornelia Phillips, or children until payment is complete. That the Warden be demoted to CO1 immediately, no questions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-30-17

Edward Lavar King
SIGNATURE

ADDRESS 28779 Nick Davis Rd.
Harvest, Alabama 35749

AIS # 270846

5

Edward Lavon King #272846
5734 Nick Davis Rd
Harvest, Alabama 35749

BIRMINGHAM AL
09 FEB 2017 PM 1 L

[LEGAL MAIL]

35203-203799

CLERK OF
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203